AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RON BOUNDS,
              Plaintiff,

                                                      JUDGMENT IN A CIVIL CASE

              v.

MAGGIE MILLER-STOUT, et. al.,
              Defendants.                    CASE NUMBER: CV-07-281-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing   before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this matter is dismissed with prejudice pursuant to the Order Granting Defendants' Motion for Judgment on the Pleadings entered on August 19, 2008, Ct. Rec. 34.

| | |
|---|---|
| August 19, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |